UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

**The National Latina/o Lesbian,**
**Gay, Bisexual & Transgender Organization**   Case No. 04-01537
                                                Chapter 7

Debtor



## PRAECIPE

Clerk: Please deposit the enclosed check representing unclaimed dividend checks for Jose Melendez in the amount of $820.42 and Iemld Aguirre in the amount of $3,485.37.

Bryan Ross
Chapter 7 trustee
1800 K Street NW
Suite 624
Washington, DC 20006
202-659-2214